**Sama Abdiaziz ABDISALAN, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**Sama Abdiaziz Abdisalan, Petitioner,**

v.

**Eric H. Holder Jr., Attorney General, Respondent.**

**Nos. 10–73215, 11–71124.**

United States Court of Appeals, Ninth Circuit.

May 7, 2014.

Hilary Han, Dobrin & Han, PC, Seattle, WA, for Petitioner.

Linda Y. Cheng, Trial, Patrick James Glen, Esquire, Jesi J. Carlson, Washington, DC, for Respondent.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Owens did not participate in the deliberations or vote in this case.